IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: JIMMY J LEWIS
DEBTOR

CASE NO: 4:23-bk-10390 R
CHAPTER 13

## CHAPTER 13 ORDER
## TO MODIFY CHAPTER 13 PLAN

Before the court is the Objection to Confirmation, Docket Entry 74, filed on June 16, 2023, by the Trustee. The objection was set for hearing on July 20, 2023. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation of Plan is sustained. The debtor is granted 28 days from the date of this Order to file a modification to the plan. Failure to file the modification within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

Date: July 27, 2023

/s/ BIANCA M. RUCKER
BIANCA M. RUCKER
United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

Cash Law Firm, P.A.
424 W 4th St, Suite B
North Little Rock, AR 72114

JIMMY J LEWIS
19301 Waterview Meadows Ln.
Roland, AR 72135

GO11-17 / 059 Order to Modify / tr